Vincent Szymanski, appellant, v. Sherman State Bank, appellee. Gen. No. 33,802.

Opinion filed March 17, 1930. Rehearing denied March 31, 1930.

Pines, Morse & Stein and Joseph Wojnowski, for appellant; Clarence T. Morse, of counsel. Joseph F. Elward, for appellee.

Mr. Justice Matchett delivered the opinion of the court.